### COMMONWEALTH *vs.* WILLIAM CLARK.

In a complaint for a criminal charge before a magistrate, the year of the alleged offence may be stated by means of the letters A. D., followed by words expressing the year, and the word "and" may be expressed by the sign "&."

THE defendant, having been convicted before a magistrate on a complaint for an assault and battery, appealed to the court of common pleas, where he was tried before *Hoar,* J., and convicted, and then moved in arrest of judgment. The judge overruled the motion, and the defendant excepted.

The grounds of the motion were: 1st. That the time of the alleged offence was stated in the complaint as "the twelfth day of September, A. D. eighteen hundred and forty-nine;" and, 2d. That the word "and" was frequently omitted in material parts of the complaint, and its place supplied by the abbreviation "&."

*A. Holbrook,* for the defendant.

*Clifford,* attorney general, for the commonwealth.

BY THE COURT. We are of opinion, that in a complaint before a magistrate, the letters A. D., preceding the words expressing the year, are sufficiently certain, having acquired

an established use in the English language; and also that the figure " & " may be used in writing to express the conjunction " and." *Exceptions overruled.*